IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARNOLD J. FLEMING,

      Plaintiff,                        No. CIV S-04-2347 MCE DAD P

    vs.

DR. LINDNER,

      Defendant.                   ORDER

_____/

      On September 12, 2005, the undersigned issued an order resolving four motions filed by plaintiff and one motion filed by defendants. Plaintiff has filed two new motions.

      First, plaintiff asks the court to reconsider the September 12, 2005 order with regard to an observation contained in a footnote concerning exhaustion of administrative remedies. Plaintiff offers argument and evidence on the issue.

      Plaintiff is referred to the court's order filed November 18, 2004. That order sets forth in detail the requirements for opposing a defendant's motion to dismiss for failure to exhaust administrative remedies. Defendant has been directed to file a renewed motion to dismiss, and plaintiff has been directed to file opposition. All of plaintiff's evidence and arguments concerning exhaustion must be presented in opposition to defendant's renewed motion. Accordingly, plaintiff's motion for reconsideration will be denied.

1

Second, plaintiff seeks appointment of counsel.  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court does not find the required exceptional circumstances.  Plaintiff's motion for appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's September 27, 2005 motion for reconsideration of the order filed September 12, 2005, is denied; and

2. Plaintiff's September 27, 2005 motion for the appointment of counsel is denied.

DATED: September 30, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
flem2347.31