1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ARNOLD J. FLEMING,                        2:04-cv-2347-MCE-DAD-P

12           Plaintiff,

13      v.                                    ORDER

14  DR. LINDNER,

15           Defendant.
                                        /
16

17       Plaintiff, a state prisoner proceeding pro se, has filed

18  this civil rights action seeking relief under 42 U.S.C. § 1983.

19  The matter was referred to a United States Magistrate Judge

20  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21  262.

22       On December 5, 2005, the magistrate judge filed Findings and

23  Recommendations herein which were served on all parties and which

24  contained notice to all parties that any Objections to the

25  Findings and Recommendations were to be filed within twenty (20)

26  days.

                                        1

1 Plaintiff has filed Objections to the Findings and

2 Recommendations, and defendant has filed a reply.

3      In accordance with the provisions of 28 U.S.C.

4 § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a

5 de novo review of this case.  Having carefully reviewed the

6 entire file, the Court finds the Findings and Recommendations to

7 be supported by the record and by proper analysis.

8      Accordingly, IT IS HEREBY ORDERED that:

9      1.  The Findings and Recommendations filed December 5, 2005,

10 are adopted in full;

11     2.  Defendant's October 3, 2005 Motion to Dismiss is

12 granted;

13     3.  Plaintiff's October 19, 2005 Motion for Injunctive

14 Relief is denied; and

15     4.  This action is dismissed without prejudice for failure

16 to exhaust available administrative remedies prior to bringing

17 the action.

18 DATED: January 24, 2006

19

20

21                    _____
                      MORRISON C. ENGLAND, JR
22                    UNITED STATES DISTRICT JUDGE

23

24

25

26

                               2