IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARNOLD J. FLEMING,

      Plaintiff,                        No. CIV S-04-2347 MCE DAD P

   vs.

DR. LINDNER,

      Defendant.                 ORDER

_____/

      On January 25, 2006, defendants' motion to dismiss was granted, and this case was closed. Plaintiff has filed a notice of appeal and request for appointment of counsel on appeal. Plaintiff's request will be denied without prejudice to the filing of a request in the Court of Appeals. Plaintiff is informed that the Court of Appeals will notify him of his appellate case number after his appeal has been processed. Accordingly, IT IS ORDERED that plaintiff's February 1, 2006 request for appointment of counsel is denied without prejudice.

DATED: February 9, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
flem2347.31app