UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| ARNOLD J. FLEMING,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>LINDNER; et al.,<br><br>    Defendants - Appellees. | No.  06-15275<br>D.C. No.  CV-04-02347-MCE/DAD<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith    [✓]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 3/27/06